Peter Clapp (SBN 104307)
VALLE MAKOFF LLP
101 Ygnacio Valley Road, Suite 250
Walnut Creek, California 94596
T: (415) 692-7721
C: (510) 318-4364
F: (415) 986-8003
pwclapp@aol.com

Counsel to Sonia Osmani, Debtor

The following constitutes the order of the court.
Signed September 24, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

**SONIA OSMANI,**

Debtor.

Case No: 15-41641-WJL-7

Chapter 7

**ORDER ON DEBTOR'S MOTION TO RECONSIDER AND TO VACATE ORDER DISMISSING CASE**

On August 27, 2015, Sonia Osmani (the "Debtor") filed her Motion To Reconsider and To Vacate Order Dismissing Case (the "Motion"). On August 28, 2015, the Debtor filed, and served on all creditors and other parties in interest, the Notice of the Motion. The Notice advised all parties in interest of the 21-day period to object to the Motion or to request for hearing, as provided in Bankruptcy Local Rule 9014-1(b)(3).

No objection to or request for hearing on the Motion has been filed. On September 21, 2015, the Debtor filed a Request for Entry of Default. Based on the Motion, the Request, and the supporting documents submitted therewith, good cause appearing therefore, it is hereby ORDERED that:

1. This Court's Order, dated August 26, 2015 (Docket No. 16), dismissing the Debtor's case, is hereby vacated.

* * End of Order * *

# COURT SERVICE LIST

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Best Buy/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

CA Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Special Procedures Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812-2952

Calvary SPV I, LLC
c/o Legal Recovery Law Offices
Attn: Andrew Rundquist
5030 Camino De La Siesta #340
San Diego, CA 92108-3118

Capital One Bank USA
PO Box 30281
Salt Lake City, UT 84130-0281

Cavalry Portfolio Service
500 Summit Lake Dr
Valhalla, NY 10595-2322

Chase/Bank One Card Serv
PO Box 15298
Wilmington, DE 19850-5298

Dept of Ed/Navient
PO Box 9635
Wilkes Barre, PA 18773-9635

Discover Financial Services LLC
PO Box 3025
New Albany OH 43054-3025

Labor Commissioner
1515 Clay Street
Room 801
Oakland, CA 94612-1463

Macys/DSNB
PO Box 17759
Clearwater, FL 33762-0759

Malalai Razawi
3111 Maguire Way, #306
Dublin, CA 94678-8642

Midland Credit Mgmt, Inc.
8875 Aero Drive, Ste 200
San Diego, CA 92123-2255

Mirwais Razawi
3111 Maguire Way #306
Dublin, CA 94568-8643

Sonia Osmani
3111 Maguire Way #306
Dublin, CA 94568-8643

Sallie Mae
300 Continental Dr
Newark, NJ 19713-4355

California State Board of Equalization
Account Reference Group MIC 29
PO Box 942879
Sacramento CA 94279-0029

Toyota FSB
PO Box 108
Saint Louis, MO 63166-0108

US Attorney
Civil Division
450 Golden Gate Avenue
San Francisco, CA 94102-3661

**Electronic Mail Notice List (mail service not required)**

Peter W. Clapp     pwclapp@aol.com, pclapp@vallemakoff.com

Sarah L. Little     sarah@littletrustee.com, c141@ecfcbis.com

Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov, ltroxas@hotmail.com